UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINTIN L. HOLMES,

        Petitioner,                     Civil No. 2:13-CV-12363
                                                 Honorable Patrick J. Duggan

v.

STEVE RIVARD,

        Respondent.
_____/

## ORDER DISMISSING WITHOUT PREJUDICE AS DUPLICATIVE THE PETITION FOR WRIT OF HABEAS CORPUS AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY

Quintin L. Holmes, ("Petitioner"), presently confined at the Carson City Correctional Facility in Carson City, Michigan, has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging his December 2008 conviction in the Ingham County Circuit Court for second-degree murder in violation of Michigan Compiled Laws § 750.317. Petitioner previously filed a petition for writ of habeas corpus challenging the same conviction and raising identical claims. *See Holmes v. Rivard*, No. 2:12-CV-12195 (E.D. Mich. filed May 18, 2012). That action remains pending before Chief Judge Gerald E. Rosen. This Court therefore is dismissing the present matter as duplicative of Petitioner's previously filed habeas petition. *See Davis v. U.S. Parole Comm'n*, No. 88-5905, 1989 WL 25837 (6th Cir. Mar. 7, 1989) (affirming district court's dismissal of a habeas petition as being duplicative of a pending habeas petition, where the two petitions are essentially the same). The Court also is denying

Petitioner a certificate of appealability as jurists of reason would not find it debatable whether this procedural ruling is correct. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S. Ct. 1595, 1604 (2000).

Accordingly,

**IT IS ORDERED** that the petition for a writ of habeas corpus is **SUMMARILY DISMISSED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: June 11, 2013                          s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copy to:
Quintin L. Holmes, #582748
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI   48811